# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spraker, Gary A. | Bankruptcy Court | 07/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

US Bankruptcy Court
Old Federal Building
605 West 4th Avenue
Anchorage, AK 99501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2020 | Alaska Permanent Fund -2019 | $1,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Alaska Permanent Fund |
| 2. 2020 | Municipality of Anchorage-attorney |
| 3. 2020 | Self- employed - landlord (separate entity owning law firm building in Fairbanks, Alaska) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 07/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | West Publishing | Bankruptcy Exemption Manual 2020 | $802.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Invesco American Franchise Fund (VAFAX) | D | Dividend | M | T | | | | | |
| 2. Franklin Templeton Inv.- Mutual Quest Fund (MQIFX) | B | Dividend | K | T | | | | | |
| 3. Touchstone Invest Int'l Growth Fund (TNSYX)fk Copper Rock Int'l Small | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Small Cap Value Fund (PRSVX) | A | Dividend | L | T | | | | | |
| 5. T Rowe Price - Int'l Stock (PRITX) | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Advantage Funds - Discovery (Inv) (WFDSX) | D | Dividend | L | T | | | | | |
| 7. White Oak Select Growth (WOGSX) | A | Dividend | J | T | | | | | |
| 8. Vanguard - IRA (H) | | | | | | | | | |
| 9. - 500 Index Fund (VFIAX) | B | Dividend | M | T | | | | | |
| 10. - Wellington Fund Admiral Shares (VWENX) | C | Dividend | L | T | | | | | |
| 11. - Wellesley Income Fund Inv (VWINX) | A | Dividend | K | T | | | | | |
| 12. - Treasury Money Market (VUSXX) | A | Dividend | L | T | | | | | |
| 13. - Global Equity Fund (VHGEX) | B | Dividend | L | T | | | | | |
| 14. - Prime Money Market Fund (VMMXX) | B | Dividend | N | T | | | | | |
| 15. ABA Retirement Accounts (H) | | | | | | | | | |
| 16. - Moderate Risk Fund R1 | | Dividend | N | T | | | | | |
| 17. - 2025 Retirement Date Fimd R1 (fka Lifetime Income) | | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municipality of Anchorage 401k (H) | | | | | | | | | |
| 19. - Blackrock Equity Index M | A | Dividend | L | T | | | | | |
| 20. - DFA World Ex US Core Eq Inst | A | Dividend | K | T | | | | | |
| 21. - Vanguard Capital Opportunity Adm | D | Dividend | M | T | | | | | |
| 22. UBS Resource Management Account (H) | | | | | | | | | |
| 23. - UBS Bank USA Deposit Account | B | Interest | N | T | | | | | |
| 24. - Nuveen Amt-Free Mun Credtit Inc | D | Dividend | M | T | | | | | |
| 25. UBS Access Account (H) | | | | | | | | | |
| 26. - UBS Bank USA Deposit Account-Cash | A | Interest | L | T | | | | | |
| 27. UBS Retirement Account -IRA (H) | | | | | | | | | |
| 28. - UBS Bank USA Deposit Account-Cash | A | Interest | M | T | | | | | |
| 29. - Blackrock Eurofund A (MDEFX) | A | Dividend | K | T | | | | | |
| 30. - Columbia Seligmann Comm & Info, Class A (SLMCX) | D | Dividend | M | T | | | | | |
| 31. - Invesco American Value, Class A (MSVAX) | A | Dividend | L | T | | | | | |
| 32. - Invesco Mid Cap Growth, Class A (OGEAX) | B | Dividend | L | T | | | | | |
| 33. - Invesco Small Cap Discovery Fund, Class B (GTSAX) | D | Dividend | L | T | | | | | |
| 34. - Victory Munder Multi-Cap Fund Class A (MNNAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Lord Abbott Bond Debenture Fund, Class A (LBNDX) | D | Dividend | L | T | | | | | |
| 36. UBS Retirement Account- SEP IRA (H) | | | | | | | | | |
| 37. - UBS Bank USA Deposit Account-Cash | A | Interest | K | T | | | | | |
| 38. UBS Bank - CODA SEP-Cash | A | Interest | L | T | | | | | |
| 39. Alaska USA Fed. Credit Union | A | Interest | L | T | | | | | |
| 40. Northrim Bank | A | Interest | L | T | | | | | |
| 41. Northrim Bank - UTMA 2 | A | Interest | J | T | | | | | |
| 42. Northrim Bank - III | A | Interest | L | T | | | | | |
| 43. Wells Fargo Business Checking Account | | None | J | T | | | | | |
| 44. Wells Fargo Custodian SEP IRA - Money Market | A | Interest | J | T | | | | | |
| 45. TJT Boreal Investments LLC (Fairbanks, Alaska) | A | Rent | K | U | | | | | |
| 46. American Enter. Inv. Serv. Inc.-Cap Inc Bldr A (CAIBX) | A | Dividend | J | T | | | | | |
| 47. Cohen & Steer Closed End Opp. Fund Inc (FOF) | A | Dividend | J | T | | | | | |
| 48. Franklin Inc. Cl. A (FKINX) | A | Dividend | J | T | | | | | |
| 49. Regions Fin. Corp. (RF) | A | Dividend | J | T | | | | | |
| 50. Ameriprise Enter. - Cash | A | Interest | J | T | | | | | |
| 51. Oregon State University Fed Credit Union-Cash | A | Interest | | | Closed | 08/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spraker, Gary A.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.A. Non-Investment Income. I filed for the 2020 Alaska Permanent Fund Dividend but was denied the 2020 dividend for being out of the state too much. I actually received the 2019 Alaska Permanent Fund Dividend in 2020 - but disclosed the 2019 dividend on the 2019 financial disclosure with a similar additional disclosure so I am have also included the 2019 dividend in the Non-Investment Income, but no income for the 2020 Alaska Permanent Fund Dividend is not included.

III.A. Non-Investment Income. [redacted] I received a life insurance payment of $5,000 in 2021. I am including this in this section as it was received prior to the filing of this report and shall include it as Non-Investment Income in the 2021 financial disclosure.

V. Gifts. I received a copy of West Publishing's Bankruptcy Exemption Manual as a contributing author. The retail sales price of the book now appears to be $527.00, so I included it in the gift section as it is over the $390 minimum.

V. Gifts. In 2021, [redacted] I received a $3,000 gift from my son's friends in his honor to be used in his memory. I am including this in the additional information as it was received prior to the filing of this report and will include it as Non-Investment Income in the 2021 financial disclosure.

VII. Investments and Trusts - I have not been able to determine the income attributable to the ABA Retirement Funds for Moderate Risk Fund R1 and 2025 Retirement Date Fund R1. I have accessed the applicable website and have called. I have requested further information but no additional helpful information has been provided to date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Spraker**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544